FILED

Apr 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROOSEVELT MAURICE HOGG,<br><br>  Defendant. | Case No.  20-cr-00127-JSW-1<br><br>**EX PARTE AND UNDER SEAL ORDER TO SHOW CAUSE REGARDING ISSUANCE OF SUBPOENAS** |

It has come to the Court's attention that Defendant is seeking to issue subpoenas to civilians and police officers to appear at trial. Defendant has not requested an order from the Court authorizing the issuance of these subpoenas. To the extent the subpoenas directed toward civilians intend to require the production of documents or objects, Defendant is ORDERED TO SHOW CAUSE why a Court order pursuant to Northern District of California Crim. L.R. 17-2 is not required prior to the issuance of these subpoenas.

Additionally, subpoenas to produce law enforcement personnel or complaint records in a criminal case are governed by the requirements of Crim. L.R. 17-2 and 47-2 and General Order No. 69, which requires the defendant to submit to the Court an appropriate request for a Rule 17(c) subpoena and provide notice of this request to the Government and which sets forth requirements regarding the timeliness of such requests. Accordingly, Defendant is FURTHER ORDERED TO SHOW CAUSE why a Court order is not required prior to issuance of the subpoenas directed at law enforcement personnel and records.

//
//
//

Defendant's response to this Order to Show Cause shall be due by no later than noon on April 12, 2021. Defendant may file its response under seal and *ex parte*. It is FURTHER ORDERED that Defendant shall show cause why this Order to Show Cause should not be publicly filed.

**IT IS SO ORDERED.**

Dated: April 9, 2021

JEFFREY S. WHITE
United States District Judge