UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT MAURICE HOGG,<br><br>Defendant. | Case No. 20-cr-00127-JSW-1<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK TO UNSEAL ORDER AND ORDER TO SHOW CAUSE REGARDING RESPONSE** |

The Court has received and considered Defendant's response to the Court's *ex parte* under seal Order to Show Cause dated April 9, 2021, and the Court DISCHARGES that Order to Show Cause. The Clerk is authorized to issue Form CAND 89A subpoenas upon presentation by Defendant.

Defendant has stated that it has no objection to unsealing the Court's Order to Show Cause. Accordingly, the Court HEREBY ORDERS the Clerk to unseal and publicly file the Court's Order to Show Cause currently filed at Docket No. 116. However, Defendant has filed its *ex parte* response to the Court's Order to Show Cause under seal. The Court ORDERS Defendant to show cause why Defendant's response should not be filed publicly. Defendant may respond to this Order to Show Cause by publicly filing its response to the Court's Order to Show Cause at Docket No. 116 by no later than April 16, 2021.

**IT IS SO ORDERED.**

Dated: April 12, 2021

_____
JEFFREY S. WHITE
United States District Judge